PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Tariq Ayres     Cr.: 09-00133-001
                                                                                PACTS #: 53594

Name of Sentencing Judicial Officer:    THE HONORABLE MARY L. COOPER
                                                       UNITED STATES DISTRICT JUDGE
                                                       (REASSIGNED TO THE HONORABLE ANNE E. THOMPSON ON
                                                       11/19/2019)

Date of Original Sentence: 10/31/2014

Original Offense:    Count One: Conspiracy to Distribute Heroin, 18 U.S.C. § 846, a Class B felony
                            Count Three: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C
                            felony

Original Sentence: Imposed on 10/23/2014; 96 months imprisonment on each of Counts 1 and 3 (concurrent), 5 years supervised release (on each count, concurrent)

Violation of Supervised Release: Heard 01/21/2020; resentenced to three months custody, concurrent to the state sentence, 3 years reimposed supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/09/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                        Mr. Ayres has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

                         Mr. Ayres tested positive for cocaine on June 16, 2023. At that time, he admitted use, signed the Admission of Use form, and stated that he was stressed upon his release from custody. Mr. Ayres was subject to increased testing after this positive test, and subsequent tests after that were negative for all illicit substances.

Prob 12A – page 2
Tariq Ayres

Mr. Ayres tested positive again for cocaine on December 19, 2023, but denied use. He stated that he has not used any drugs since his initial positive back in June. The urine sample was sent to the laboratory for confirmation, and the results were confirmed positive for benzoylecgonine, which is the major metabolite of cocaine, which is excreted in the user's urine after being processed in the liver.

U.S. Probation Officer Action:

The undersigned officer noted the possible negative outcomes of not adhering to the conditions, including possible revocation of supervised release. Mr. Ayres was reminded that three positives in a year could result in mandatory revocation, and this is his second positive test. The undersigned officer will refer Mr. Ayres for a substance abuse assessment, as Mr. Ayres has a history of cocaine use, and with these two positives, it appears Mr. Ayres may have substance use issues that need to be addressed.

At this juncture, it is respectfully requested that no action be taken by the Court, as the undersigned officer would like Mr. Ayres to be assessed for substance abuse treatment needs. The undersigned officer will update the court as needed regarding Mr. Ayres' recommendation for treatment and requests that this document serve as an official judicial reprimand. In the interim, Mr. Ayres will continue to be subjected to increased testing.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____   1/9/2024
STEVEN ALFREY                Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Tariq Ayres

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time. This Report to Serve as a Judicial Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/10/24
Date